AUSA: Kathryn Wheelock

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TYWAN ST. PHILIPPE,

Defendant.

---

**SEALED COMPLAINT** 24MJ 3797

Violation of 18 U.S.C. § 922(g)(1)

COUNTY OF OFFENSE:
ROCKLAND

SOUTHERN DISTRICT OF NEW YORK, ss.:

Moises Hassell, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
**(Unlawful Possession of Ammunition)**

1. On or about October 26, 2024, in the Southern District of New York and elsewhere, TYWAN ST. PHILIPPE, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, three 9mm Luger bullets, which were in and affecting interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Special Agent with the FBI. I have been personally involved in the investigation of this matter. I have been a Special Agent with the FBI for over six years. During my time in law enforcement, I have investigated numerous firearms cases. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in

substance and in part, except where otherwise indicated.

3. Based on my conversations with law enforcement and my review of surveillance video from the Restaurant as well as a business above the Restaurant, I am aware of the following:

    a. At approximately 4:49 a.m. on or about October 26, 2024, TYWAN ST. PHILIPPE, the defendant—wearing tan sweatpants and a tan sweatshirt with "Puma" on the front—exited a restaurant located on South Main Street in Spring Valley, New York (the "Restaurant"). Standing in the parking lot out front of the Restaurant, ST. PHILIPPE gestured to a black SUV (the "Black SUV")—driven by a woman with blue hair—to pull into a particular parking spot in front of the Restaurant. ST. PHILIPPE subsequently went back inside the Restaurant.

    b. At approximately 5:00 a.m., TYWAN ST. PHILIPPE exited the Restaurant[1] and stood outside the front door to the restaurant with three other men, who he appeared to be talking to. One of the men wore a black jacket and a hat ("Individual-1"). A man wearing a yellow, white and black patterned sweatshirt ("Individual-2") had also exited the Restaurant and was holding the door for other people exiting the Restaurant.

    c. At approximately 5:01 a.m., after what appears to be a verbal altercation between Individual-1 and one of the people who had just exited the Restaurant, Individual-2 began punching Individual-1.

    d. ST. PHILIPPE then pulled a black gun from his sweatshirt pocket and, from the sidewalk less than approximately 10 feet away, shot two rounds toward Individual-1 and Individual-2—striking Individual-1.

    e. ST. PHILIPPE then ran into the parking lot out front of the Restaurant, past

---

[1] ST. PHILIPPE went in and out of the Restaurant multiple times between 4:49 a.m. and 5:00 a.m.

2

a taxi stopped in the parking lot. Individual-2 chased after ST. PHILIPPE. ST. PHILIPPE turned and fired another round toward Individual-2, who at that point was only approximately a car-length away from ST. PHILIPPE. The bullet from ST. PHILIPPE's gun hit the roof of the taxi, which was occupied by a driver and came within approximately a foot of hitting him.

        f.      The Black SUV pulled out of the parking spot immediately thereafter.

4.      Based on my conversations with law enforcement who are familiar with TYWAN ST. PHILIPPE, the defendant, and my review of law enforcement records, I am aware of the following:

        a.      Law enforcement responded to the scene of a domestic disturbance in Spring Valley on or about October 16, 2024. ST. PHILIPPE was present at the scene when law enforcement arrived, and law enforcement spoke to ST. PHILIPPE. An officer who responded to the scene on October 16 identified ST. PHILIPPE as the individual in the surveillance video described above from October 26.[2]

        b.      On or about October 16, ST. PHILIPPE was wearing the same sweatshirt as the one he is wearing in the October 26 surveillance videos.

5.      Based on my review of communications from the Department of Family Assistance and the Department of Motor Vehicles, I am aware that the residence of TYWAN ST. PHILIPPE, the defendant, is listed as a particular address on Gladys Drive in Spring Valley (the "Gladys Drive Residence").

6.      Based on my review of law enforcement records and surveillance video showing the vicinity of the Gladys Drive Residence, I am aware of the following:

---

[2] ST. PHILIPPE's face (with glasses) is visible at numerous instances in surveillance video from in and around the Restaurant.

   a. On or about October 26, 2024 at approximately 5:05 a.m. (approximately five minutes after the shooting), the Black SUV—driven by a woman with blue hair and with TYWAN ST. PHILIPPE, the defendant, in the passenger seat—drove through the parking lot in front of the Gladys Street Residence, without stopping.

   b. Then, at approximately 5:14 a.m., ST. PHILIPPE approached the Gladys Drive Residence on foot and went inside the front door. A few seconds later, an individual with blue hair—who appears to be the same woman who drove the Black SUV before and after the shooting—followed ST. PHILIPPE's path to the Gladys Drive Residence and went inside.

  7. Based on my review of law enforcement reports and photographs and my conversation with law enforcement, I am aware that three 9mm Luger shell casings were recovered from the scene of the shooting. In particular, I am aware that two were recovered from where TYWAN ST. PHILIPPE, the defendant, was standing on the sidewalk when he shot Individual-1. Another shell casing was recovered from in front of the taxi in the Restaurant parking lot.

  8. I am aware that a trained examiner from the Bureau of Alcohol, Tobacco, Firearms, and Explosives reviewed a photograph of the shell casings and concluded that the shell casings were manufactured outside of New York state.

9. Based on my review of a criminal history report pertaining to TYWAN ST. PHILIPPE, the defendant, I have learned, among other things, that on or about March 10, 2016, ST. PHILIPPE was convicted in Orange County Court of attempted criminal possession of a weapon (loaded firearm), in violation of New York Penal Law § 265.03, and was sentenced to two years' imprisonment and two years' post-release supervision.

---
MOISES HASSELL
Special Agent
FBI


Sworn to before me
this 29th day of October, 2024.

---
THE HONORABLE ANDREW KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK