UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

TYWAN ST. PHILIPPE,

                          Defendant.
------------------------------------------------------------X

**MEMORANDUM**

25 Cr. 372 (NSR)

TO:   NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the August 18, 2025, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: October 10, 2025
       White Plains, New York

                                                    Respectfully submitted,

                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge

October 10, 2025

    This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge