# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

Via E-mail and ECF

October 17, 2025

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Tywan St. Philippe
25 CR 372 (NSR)

Dear Honorable Román:

I am writing, jointly with the Government, to ask that Mr. St. Philippe's sentencing, which is scheduled for November 21, 2025, be adjourned to a date in early or mid-December. The reason for this request is to allow me to get records that will be relevant for sentencing and to enable Mr. St. Philippe to view some discovery.[1] Additionally, my understanding is that the Government would appreciate this postponement as AUSA Kathryn Wheelock expects to be on trial on November 21, 2025.

Thank you for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Kathryn Wheelock

**The parties' joint request to adjourn the Nov. 21, 2025 Sentencing is GRANTED. The Sentencing is adjourned to Dec. 12, 2025 at 11:45 am. Clerk of Court is requested to terminate the motion at ECF No. 28.**
Dated: White Plains, NY
         October 27, 2025
SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025

---

[1] There have been issues getting the discovery to Mr. St. Philippe while he is at MDC, but, after consultation with the Government, I expect those issues to be resolved soon.