# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

Via E-mail and ECF

November 26, 2025

**Deft's request for an extension to file his sentencing submission on Dec. 3, 2025 is GRANTED. The Gov't is GRANTED leave to file its sentencing submission on Dec. 8, 2025. Clerk of Court is requested to terminate the motion at ECF No. 30.   Dated: Nov. 26, 2025**

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

    Re:    United States v. Tywan St. Philippe
           25 CR 372 (NSR)

Dear Honorable Román:

    I am writing to ask permission to file my sentencing submission on December 3, 2025.  As background, Mr. St. Philippe is scheduled to be sentenced on December 12, 2025, which means that my sentencing submission would ordinarily be due on Friday, November 28th.  The final pre-sentence report, however, has not yet been disclosed.  My understanding from a conversation I had with Probation Officer Sara Willette last week is that the PSR should be completed soon, but with the Thanksgiving holiday I suspect it may not happen until early next week.  Under these circumstances, I ask permission to file my submission on December 3, 2025.[1] I have spoken with AUSA Kathryn Wheelock and she has no objection to this request but she does ask that, if this request is granted, the Government be permitted to file its sentencing submission on December 8, 2025.

    Thank you for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Kathryn Wheelock

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2025

[1] Yesterday, I spoke with Mr. St. Philippe to discuss this situation and he explained that due to the difficulties he is facing at MDC he would prefer not to have his sentencing be delayed.