UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

                                                     25 Cr. 00372-01 (NSR)

            - against -

TYWAN ST. PHILIPPE,                         ORDER ACCEPTING
                                          PLEA ALLOCUTION

                         Defendant.

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.   The Report and Recommendation of

the Honorable Andrew E. Krause, United States Magistrate Judge, dated August 18, 2025, is

approved and accepted.

                                                          SO ORDERED.

Dated:  White Plains, NY
           December 11, 2025

                                        Nelson S. Román
                                        United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/11/2025_